Mary E. Bacon, Esq. (NV Bar No. 12686)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIA MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign insurance company; DOES I through X; ROE ENTITIES I through X,<br><br>Defendants. | Case No.: 2:24-cv-01290-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(THIRD REQUEST)** |

Pursuant to LR 6-1 and LR26-4, the parties, by and through their respective counsel of record, hereby stipulate and agree that there is good cause to extend the discovery deadlines by sixty (60) days in the operative discovery plan [ECF No. 11], as set forth below.

**A.    Pursuant to LR 26-4(a), the parties stipulate that the following discovery has been completed:**

1. The parties have served initial disclosures pursuant to FRCP 26(a)(1).
2. Plaintiff has propounded written discovery on Defendants.
3. Defendants have propounded written discovery on Plaintiff.
4. Plaintiff has answered written discovery requests.
5. Defendant has answered written discovery requests.
6. The parties have held a meet and confer regarding certain of the Defendants'

responses to discovery.

7. Defendant recently obtained new counsel, and as such, Mary E. Bacon of Spencer Fane LLP, is substituting in as attorney of record in place of Robert W. Freeman and Jennifer A. Taylor of Lewis Brisbois Bisgaard & Smith.

**B. Pursuant to LR 26-3(b), the parties stipulate that they need to complete the following discovery:**

1. Deposition of Plaintiff.
2. Deposition of Defendant's FRCP 30(b)(6) designee.
3. Deposition of percipient witnesses.
4. Depositions of Plaintiff's medical providers.
5. Depositions of the parties' expert witnesses.
6. Disclosure of expert and rebuttal expert witnesses.
7. Depositions of the parties' expert witnesses.
8. Any other potential depositions or written discovery which may become necessary as discovery continues.

**C. Pursuant to LR 26-3(c), the parties stipulate an extension is needed for the following reasons:**

The parties are working together to afford Defendant's newly retained counsel adequate time to get up to speed on the case and meaningfully participate in the discovery process. The parties are also discussing whether settlement is a possibility.

No party will be prejudiced by the extension, and the requested extension is made in good faith and not for purposes of delay. Based on the foregoing, the parties respectfully request that the Court grant their joint request to extend the deadline by sixty (60) days in accordance with the requested amended discovery deadlines.

**D. Pursuant to LR 26-3(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:**

The parties agree to extend all the discovery deadlines in this case by sixty (60) days, as set forth below:

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (THIRD REQUEST)

DE 9973570.1

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | Monday, August 4, 2025 | Friday, October 3, 2025 |
| Deadline to Amend Pleadings or Add Parties | Closed | Closed |
| Expert Disclosures | Thursday, June 5, 2025 | Monday, August 4, 2025 |
| Rebuttal Expert Disclosures | Monday, July 7, 2025 | Friday, September 5, 2025 |
| Dispositive Motions | Tuesday, September 2, 2025 | Monday, September 3, 2025 |
| Joint Pretrial Order | Thursday, October 2, 2025 | Monday, December 1, 2025 |

**E.      Current Trial Date**

A trial date has not been set.

This request is made in good faith and not for the purpose of delay.

Dated this 29th day of April, 2025.                    Dated this 29th day of April, 2025.

THE BIG GUNS INJURY ATTORNEYS            SPENCER FANE, LLP

/s/ *Benjamin J. Carman*                                       /s/ *Mary Bacon*
Benjamin J. Carman, Esq. Nevada Bar         Mary E. Bacon, Esq.
No. 12565                                                          Nevada Bar No. 12686
4045 Spencer Street, Suite A52 Las              300 South Fourth Street, Suite 1600
Vegas, Nevada 89119 *Attorneys for*              Las Vegas, Nevada 89101
*Plaintiff*                                                              *Attorneys for USAA Casualty Insurance Company*

### ORDER

Though the Court GRANTS the parties' above stipulation, it is not inclined to grant future continuances. IT IS SO ORDERED.

Dated:   April 30, 2025

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -