Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIA MARTINEZ, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign insurance company; DOES I through X; ROE ENTITIES I through X,<br><br>   Defendant. | Civil Action No. 2:24-cv-01290-GMN-BNW<br><br>**SUBSTITUTION OF COUNSEL FOR USAA CASUALTY INSURANCE COMPANY** |

PLEASE TAKE NOTICE that Defendant USAA Casualty Insurance Company substitutes Mary E. Bacon of Spencer Fane LLP, as attorney of record in place of Robert W. Freeman and Jennifer A. Taylor of Lewis Brisbois Bisgaard & Smith.

|   |   |
|---|---|
| I accept the above substitution. I am duly admitted to practice in the U.S. District Court, for the District of Nevada. | **SPENCER FANE LLP** |
| Dated: April 9, 2025 | *s/ Mary E. Bacon* |
|   | Mary E. Bacon, Esq.<br>Nevada Bar No. 12686<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant USAA Casualty Insurance Company* |
| I consent to the above substitution. | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| Dated: April 9, 2025 | *s/ Jennifer A. Taylor* |
|   | Robert W. Freeman<br>Nevada Bar No. 3062<br>Jennifer A. Taylor<br>Nevada Bar No. 6141<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant USAA Casualty Insurance Company* |
| I consent to the above substitution. | **USAA CASUALTY INSURANCE COMPANY** |
| Dated: 5/8/25 | s/ <br>Ryan Suerth, Associate General Counsel |

**APPROVED.**

Dated: May 9, 2025

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____, 2025, a true and correct copy of **SUBSTITUTION OF COUNSEL FOR USAA CASUALTY INSURANCE COMPANY** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: _____
Spencer Fane LLP

DN 6163034 1