Mary E. Bacon, Esq. (NV Bar No. 12686)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **JULIA MARTINEZ**, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>**USAA CASUALTY INSURANCE COMPANY**, a foreign insurance company; DOES I through X; ROE ENTITIES I through X,<br><br>        Defendants. | Case No.: 2:24-cv-01290-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant USAA Casualty Insurance Company ("USAA CIC") and Plaintiff Julia Martinez ("Plaintiff" and together with USAA GIC collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to dismiss Plaintiff's Complaint with Prejudice. Each party will bear its own fees and costs.

Dated this 3rd day of September, 2025.

Dated this 3rd day of September, 2025.

THE BIG GUNS INJURY ATTORNEYS

SPENCER FANE, LLP

*/s/ Benjamin J. Carman*
Benjamin J. Carman, Esq.
Nevada Bar No. 12565
4045 Spencer Street, Suite A52
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

*/s/ Mary E. Bacon*
Mary E. Bacon, Esq.
Nevada Bar No. 12686
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for USAA Casualty Insurance Company*

1

## ORDER

2    **IT IS SO ORDERED.**

3    The Clerk is kindly directed to close this case.

4

5    Dated this  4   day of September, 2025.

6

7    _____

8    Gloria M. Navarro, District Judge
     UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (THIRD REQUEST)

DE 9973570.1